**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| OLAN LABORATORIES, INC.<br><br>　　　　　　Plaintiff,<br><br>-v-<br><br>NEACLEAR, INC.<br><br>　　　　　　Defendant. | Case No. 08 CIV 7259 (JSR) (RLE)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff OLAN LABORATORIES, INC.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

　　　None

Date: 8·14·08

Signature of Attorney

Attorney Bar Code: 6961